JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIK LAINER, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CITIGROUP INC. d/b/a CITIBANK N.A., <br><br> Defendant. | Case No. CV 16-3466 FMO (RAOx) <br><br> **ORDER RE NOTICE OF DISMISSAL** |

    The complaint in the above-captioned case contains individual and class allegations, but no answer has been filed and aside from defendant's filing of a motion to dismiss and motion to strike, no action has been taken in the matter. Now, the court is informed that the "case has been settled in its entirety" and that plaintiff anticipates filing a request for dismissal "of this action in its entirety with prejudice.[.]" (See Dkt. 31, Notice of Settlement). The Notice of Settlement does not mention the class allegations. (See, generally, id.).

    "The claims, issues, or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the court's approval." Fed. R. Civ. P. 23(e). Because the putative class has not been certified, the parties need not obtain court approval before dismissing the class allegations without prejudice.

1 | Having reviewed the case file and determined that no prejudice to the class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** with prejudice as to plaintiff and without prejudice as to the class. The dismissal shall be without costs and plaintiff shall retain the right, upon good cause shown within **45 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action

Dated this 22nd day of September, 2016.

                                                  /s/
                                 Fernando M. Olguin
                              United States District Judge